AO 91 (Rev. 11/11)  Criminal Complaint

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*July 26, 2017*

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Gregory Alan McKown | ) | Case No.  **H 17-1242M** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 17_____ in the county of _____Harris_____ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC Section 115 | Influencing, impeding, or retaliating against a Federal official by threatening them or a family member |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua Henry, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  July 26, 2017

*Judge's signature*

City and state:  Houston, Texas        USMJ Dena Palermo
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Joshua Henry, being duly sworn, depose and state the following:

1.      I am a Special Agent with the, U.S. Department of Homeland Security (DHS), Federal Protective Service (FPS), Threat Management Branch (TMB). I am empowered by Title 40, United States Code, Section 1315 to make arrest and obtain and execute search warrants. I have been employed by the DHS FPS TMB in excess of nine (9) years. I received a Bachelor's Degree in Criminal Justice and a Master's Degree in Criminal Investigations. I completed the Criminal Investigation Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC). I completed the Protective Investigations Training Program (PITP) which specializes in threat investigations towards federal employees. During the course of my employment with FPS, I have participated in several criminal investigations to include multiple threat investigations. I am responsible for the protection of buildings, grounds, and property that are owned, occupied, or secured by the Federal Government and the persons on the property. I enforce violations of Title 18 of United States Code and Title 41 Code of Federal Regulations governing the conduct on federal property. I make this affidavit based on my own personal observations concerning this investigation, upon the statements of persons involved, and the statements of the accused.

2.      On July 14, 2017, Gregory Alan McKown visited the Social Security Administration (SSA) located at 8989 Lakes at 610 Drive Houston, TX 77054 in reference to an application for Supplemental Security Income (SSI) getting approved. Mckown met with SSA employee Julie Nguyen in person during this visit from 3:18pm to 4:30pm. Mckown wished to collect back pay up to a year from when he first applied and was told that was not possible and his payments would begin in July 2017. On July 19, 2017, and continuing through July 25, 2017, McKown called and left 14 voice mail messages, including multiple threats, from phone number (713) 861-7913 thirteen times and once from (713) 861-7898. Mckown left the messages for SSA employees Julie Nguyen and Errol Wilks who assisted him on July 14, 2017.

3.      Within the fourteen voicemail messages from McKown to the SSA, McKown started each call by stating "Mr. Wilks, my name is Gregory Alan McKown and my Social Security number is xxx-xx-6379". The Social Security number was determined to be that of McKown. Each call addressed to SSA employee Errol Wilks contained a different threat such as: "I want to slaughter Errol Wilks for not having my check available for me on July 17, 2017." "I will sit destitute on the street just to kill Errol Wilson and all of his women and children." "You sons of bitches, I am gonna walk in there and destroy all of you. I don't give a fuck. I have a license to commit killing by God to stop Satan on Earth and you all are Satan." "I am going to destroy my enemy's women and children." "I have to be merciless in destroying people. Line yourself up and pick a number for being judged. Drag your feet and have me thrown out in the street. The date is coming up and I've only got a short time to wait." "There's an ultimatum on Sept 23, 2017 when God unleashes his son to unleash a greatest killer. Guess who you're talking to? I have to be a killer and I can't be ashamed of it." "I will kill any officers that come for me then I will cut off their legs."

4. Additionally, on July 19, 2017, Wilks sent 2 emails from "mckowngregoryalan@live.com" and "gregory777alan777mckown@live.com" to Julie Nguyen on her SSA email address "Julie.B.Nguyen@ssa.gov" stating

5. "I will soon KILL AT WILL any I desire to destroy into perdition and the RACIST HATRED OF A NIGGER "EARL WILSON") will see me kill his children for the curse that I would not be financed by Federal Communist monetary Law. That law will die with Earl Wilson."

6. "But for these RACIST BELLIGERENT INFIDELS of SSA Federal Communist LAW CRIMINAL operating in ANARCHY to deny me my benefits: I will have them slaughtered with the children and spouses annihilated in their faces from entering my Kingdom of God. I have only 66 days before I am the Lord God Almighty cleared to kill these infidels; and I may just as well be a PREMATURE BIRTH and begin the killing of this Federal Communist ANARCHY any day now."

7. "I will never forgive this incredible contempt of RACIST HATRED: especially from a NIGGER NAME EARL WILSON: he does not know it will be my pleasure to destroy his family."

8. "As far as Julie Nguyen goes she LIED TO ME I WAS GOING TO BE receiving my money from July 17th, 2017 of SSDI and guess what; she was the WHORE; SLUT; BITCH of the PERJURY CHARGES claiming authority to deny my PAYMENT for SSDI! Now I have 66 days to live destitute on the Street and then I will kill a THOUSAND NGUYEN Vietnamese TRAITORS of Federal Law Communist committing TREASON as if I have to WAIT 90-120 DAYS FOR MY MONEY? That lying slut!"

9. Julie Nguyen recognized the man on the threatening voice mail messages to be McKown, the same individual she met with on July 14, 2017. Errol Wilks also recognized the subject's voice on the messages as Mckown from a conversation he had with the subject on July 14, 2017.

10. McKown is calling the SSA from the Astro Inn extended stay hotel room located at 100 W. Cavalcade St. Houston, TX 77009 from phone numbers (713) 861-7913 and (713) 861-7898. Astro Inn staff verified that Gregory Mckown is staying at this location.

11. Julie Nguyen, Errol Wilks and the rest of the SSA employees at this location are in fear of imminent harm to themselves and their families. Employees remain frightened as they are coming and going to and from their residences and work place. Nguyen mentioned that anyone can simply Google her name and Google provides her home address, the names of her children and her husband. This SSA office has requested protection from the Federal Protective Service during their duty hours because of the types of threats made by McKown.

12. Your Affiant has probable cause to believe, and does believe, that McKown, has committed the federal felony offense of Influencing, impeding, or retaliating against a Federal official by threatening them or a family member, in violation of Title 18, United States Code, Section 115.

Joshua H. Henry
Special Agent
Department of Homeland Security

SUBSCRIBED AND SWORN TO BEFORE ME this __26th__ day of July 2017.

Hon. Dena Hanovice Palermo
United States Magistrate Judge
Southern District of Texas